Charles A. Samar, appellee, v. The Roseland State Savings Bank, appellant. Gen. No. 33,885.

Opinion filed April 22, 1930.

Kirkland, Fleming, Green & Martin, for appellant; Weymouth Kirkland, Vernon M. Welsh and J. B. Cleaver, of counsel. Johnson & Swanstrom, for appellee; George E. Q. Johnson and Luther D. Swanstrom, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Oliver W. Holmes et al., appellees, v. Grey Gull Records, Inc., appellant. Gen. No. 33,914.

Opinion filed April 22, 1930.

Packard, Barnes & McCaughey, for appellant. Sanders, Childs, Bobb & Wescott, for appellee; Dwight S. Bobb and Herman C. Nagel, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Dr. A. H. Waddington and Mrs. A. H. Waddington, appellees, v. L. W. Keefe, trading as Superior Roofing Company, appellant. Gen. No. 34,000.

Opinion filed April 22, 1930.

John J. Sherlock and Weighstill Woods, for appellant. Stanley L. Shetler, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Frank Trapp, appellee, v. Roman Kestian and Malgorzata Kestian, appellants. Gen. No. 34,020.

Opinion filed April 22, 1930.

W. G. Anderson, for appellants. Michael G. Kasper, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.